UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHIE WILSON                                             CIVIL ACTION

VERSUS                                                   NO. 18-13952

FLORIDA MARINE                                           SECTION M (3)
TRANSPORTERS, LLC AND
WARREN PAVING, INC.

## ORDER & REASONS

Before the Court is a motion by defendant Warren Paving, Inc. for summary judgment to dismiss plaintiff Richie Wilson's claims against it.[1]  In response to the motion, Wilson judicially admits that he is abandoning his claims against Warren Paving.[2]  Accordingly,

IT IS ORDERED that Warren Paving, Inc.'s motion for summary judgment to dismiss Wilson's claims against it (R. Doc. 107) is GRANTED, and Wilson's claims against Warren Paving are DISMISSED WITH PREJUDICE.[3]

New Orleans, Louisiana, this 1st day of November, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 107.
[2] R. Doc. 116.
[3] Florida Marine Transporters, LLC, PBC Management, LLC, and FMT Industries, LLC (collectively, the "FMT entities") also filed an opposition to the motion, which the Court has considered.  R. Doc. 122.  However, Warren Paving's motion does not seek dismissal of the cross-claim brought by the FMT entities.  As a result, this Order & Reasons does not apply to such claims, nor constitute a finding that Warren Paving was not at fault for Wilson's accident.  Rather, this Order & Reasons simply dismisses Wilson's claims against Warren Paving as abandoned.